Case 2:14-cr-00168-TOR    Document 1513    Filed 03/01/16

PROB 12C
(7/93)

Report Date: February 29, 2016

## United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 01, 2016

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Jered Pederson | Case Number: 2:14CR00168-TOR-5 |
| Address of Offender: | Spokane, Washington 99223 |

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: October 20, 2015

| | |
|---|---|
| Original Offense: | Conspiracy to Commit Bank Fraud, 18 U.S.C. § 1344 |
| Original Sentence: | Prison - 1 day<br>TSR - 36 day |
| | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | George J. C. Jacobs, III |
| | Date Supervision Commenced: October 20, 2015 |
| Defense Attorney: | Phillip Wetzel |
| | Date Supervision Expires: October 19, 2018 |

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance
---|---
1 | **Special Condition # 15**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.
 | **Supporting Evidence**: Jered Pederson violated the terms of his supervised release in Spokane, Washington, on or about February 24, 2016, by failing to submit to a random urinalysis test at Alcohol Drug Education Prevention and Treatment (ADEPT).
2 | **Special Condition # 21**: You shall reside in a residential reentry center (RRC) for a period of up to 180 days. Your participation in the programs offered by the RRC are limited to employment, education, treatment, and religious services at the direction of your supervising officer. You shall abide by the rules and requirements of the facility.
 | **Supporting Evidence**: Jered Pederson violated the terms of his supervised release in Spokane, Washington, on or about February 26, 2016, by absconding from the RRC.

The U.S. Probation Office respectfully recommends the Court **issue a warrant** for the arrest of the offender to answer the allegations contained in this petition.

Prob12C
**Re: Pederson, Jered**
**February 29, 2016**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  02/29/2016

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

*Thomas O. Rice*
Signature of Judicial Officer

3/1/2016
Date