PROB 12C
(6/16)

Report Date: September 21, 2016

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 22, 2016

SEAN F. McAVOY, CLERK

**Petition for Warrant or Summons for Offender Under Supervision**

| | |
|---|---|
| Name of Offender: Jered Pederson | Case Number: 0980 2:14CR00168-TOR-5 |

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: October 20, 2015

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Commit Bank Fraud, 18 U.S.C. §§ 1344, and 1349 | |
| Original Sentence: | Prison - 1 day<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | George JC Jacobs, III | Date Supervision Commenced: October 20, 2015 |
| Defense Attorney: | John Barto McEntire , IV | Date Supervision Expires: October 19, 2018 |

**PETITIONING THE COURT**

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 17**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay.  You shall allow full reciprocal disclosure between the supervising officer and treatment provider. |
| | **Supporting Evidence**: Mr. Pederson violated his conditions of supervised release in Spokane, Washington, for being unsuccessfully discharged from Alcohol Drug Education Prevention and Treatment (ADEPT) on or about September 13, 2016. The undersigned officer received a phone call from staff at ADEPT advising that Mr. Peterson was being terminated due to lack of compliance with chemical dependency treatment, and his use of illegal controlled substances. |
| 2 | **Special Condition # 15**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |

Prob12C
**Re: Pederson, Jered**
**September 21, 2016**
**Page 2**

**Supporting Evidence**: Mr. Pederson violated his conditions of supervised release in Spokane, Washington, on August 29, 2016, by providing a urine sample at ADEPT which tested positive for methamphetamine. He signed a drug use admission form admitting to the use. Alere Toxicology confirmed the urine sample tested positive for methamphetamine.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  09/21/2016

s/Joshua D. Schull

Joshua D. Schull
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X] The Issuance of a Summons
[ ]  Other

Thomas O. Rice

Signature of Judicial Officer

September 22, 2016

Date