PROB 12C
(6/16)

Report Date: September 26, 2016

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 27, 2016

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jered Pederson                     Case Number: 0980 2:14CR00168-TOR-5

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: October 20, 2015

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Commit Bank Fraud, 18 U.S.C. §§ 1344, 1349 | |
| Original Sentence: | Prison 1 day; TSR - 36 day | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Alison Gregoire | Date Supervision Commenced: October 20, 2015 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: October 19, 2018 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 09/22/2016.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Standard Condition # 1**: The defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer. |
| | **Supporting Evidence**: Mr. Pederson was instructed to report to the undersigned officer on September 21, 2016, for the purpose of discussing the recent violation of his conditions of supervised release. Mr. Pederson failed to report to the undersigned officer. The undersigned officer was able to reach Mr. Pederson by phone where he reported he failed to make the appointment today because he forgot about the appointment. |
| 4 | **Standard Condition # 2**: The defendant shall not leave the judicial district without the permission of the court or probation officer. |
| | **Supporting Evidence**: On September 23, 2016, the undersigned received a call from dispatch at the Kootenai County Sheriff's Office stating Mr. Pederson was a passenger in a vehicle that was pulled over in Idaho. Mr. Pederson did not request or granted permission to travel to Idaho. |

Prob12C
**Re: Pederson, Jered**
**September 26, 2016**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   09/26/2016

s/Joshua D. Schull

Joshua D Schull
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

September 27, 2016

Date