Report Date: June 16, 2017

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jered Pederson          Case Number: 0980 2:14CR00168-TOR-5

Address of Offender:          Spokane, WA 99205

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: October 20, 2015          Date of Revocation Sentence: October 27, 2016

Original Offense:          Conspiracy to Commit Bank Fraud, 18 U.S.C. § § 1344, 1349

Original Sentence:          Prison- 1 day          Type of Supervision: Supervised Release
                           TSR - 36 months

Revocation Sentence:      Prison- 90 days
                         TSR: 36 months

Asst. U.S. Attorney:      George JC Jacobs, III          Date Supervision Commenced: January 20, 2017

Defense Attorney:         Federal Defender's Office      Date Supervision Expires: January 19, 2020

### PETITIONING THE COURT

#### To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | **Special Condition # 20**: The defendant shall abstain from the use of illegal controlled substance, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: On January 23, 2017, Mr. Pederson reported to the U.S. Probation Office and a copy of his judgment was given to him. On this date, his judgement and sentence was read to him, and his conditions of supervision were explained. Mr. Pederson signed the judgement acknowledging he understood each condition.

Due to Mr. Pederson's history of drug use, he was referred to Alcohol Drug Prevention Education and Treatment (ADEPT) for random drug testing. He was directed to call ADEPT daily and to listen for the assigned color "Brown 2." If "Brown 2" was called, then he was directed to report to ADEPT between the hours of 0700 and 1900 to supply a urine sample.

On June 1, 2017, the color "Brown 2" was called and Mr. Pederson was directed to report to ADEPT that same day to provide a urine sample for testing. Mr. Pederson failed to report as directed.

2      **Special Condition # 20**: The defendant shall abstain from the use of illegal controlled substance, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On January 23, 2017, Mr. Pederson reported to the U.S. Probation Office and a copy of his judgment was given to him. On this date, his judgement and sentence was read to him, and his conditions of supervision were explained. Mr. Pederson signed the judgement acknowledging he understood each condition.

Mr. Pederson was directed to report to the undersigned officer on June 5, 2017. He reported to the U.S. Probation Office and submitted a urine sample that tested presumptive positive for methamphetamine and cocaine. Mr. Pederson denied any use of illegal drugs since May 16, 2017. The undersigned officer gave Mr. Pederson numerous chances to be honest about any recent drug use. Mr. Pederson continued to deny any recent use and continued to say his last use was on May 16, 2017. The sample was sent to Alere Laboratory for further testing.

On June 8, 2017, Mr. Pederson left the undersigned officer a voice message and disclosed he had been untruthful during our meeting on June 5, 2017, and he had used methamphetamine on June 3, 2017.

On June 9, 2017, Alere confirmed the June 5, 2017, urine sample Mr. Pederson provided was positive for cocaine, but negative for methamphetamine.

Mr. Pederson was directed to report to the U.S. Probation Office on June 9, 2017, to sign a drug use admission form. The lab report was shared with Mr. Pederson before he signed the form in an attempt to gain further clarity on what illegal drug he had used. Mr. Pederson denied using cocaine, and signed a drug use admission form stating he used methamphetamine on June 3, 2017.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 06/16/2017

s/Joshua D. Schull

Joshua D. Schull
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

June 19, 2017