Report Date: July 6, 2017

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 07, 2017

SEAN F. MCAVOY, CLERK

# United States District Court

for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Jered Pederson | Case Number: 0980 2:14CR00168-TOR-5 |
| Address of Offender: | Spokane, Washington 99205 |

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: October 20, 2015

| | |
|---|---|
| Original Offense: | Conspiracy to Commit Bank Fraud, 18 U.S.C. §§ 1344, 1349 |
| Original Sentence: | Prison - 1 day<br>TSR - 36 months |
| | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>October 27, 2016 | Prison - 90 days<br>TSR - 36 months |
| Asst. U.S. Attorney: | George J. C. Jacobs, III |
| | Date Supervision Commenced: January 20, 2017 |
| Defense Attorney: | Federal Defenders Office |
| | Date Supervision Expires: January 19, 2020 |

## PETITIONING THE COURT

To **issue a warrant** and incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 06/19/2017.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition # 20**: The defendant shall abstain from the use of illegal controlled substance, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: On January 23, 2017, Mr. Pederson reported to the U.S. Probation Office and a copy of his judgment was given to him. On that date, his judgment and sentence were read to him, and his conditions of supervision were explained. Mr. Pederson signed the judgment acknowledging he understood each condition.

Due to Mr. Pederson's history of drug use, he was referred to Alcohol Drug Prevention Education and Treatment (ADEPT) for random drug testing. He was directed to call ADEPT daily and to listen for the assigned color "Brown 2." If "Brown 2" was called, then he was directed to report to ADEPT between the hours of 7 a.m. and 7 p.m. to supply a urine sample.

On June 26, 2017, the color "Brown 2" was called and Mr. Pederson reported and gave a urine sample as directed. The urine sample came back presumptive positive for methamphetamine. Mr. Pederson signed a drug use/denial form stating he denied using methamphetamine. On June 26, 2017, the sample was sent to Alere laboratory for further confirmation.

On July 3, 2017, the urine sample came back from Alere laboratory as positive for methamphetamine.

4  **Special Condition # 21**: The defendant shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provide, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. The defendants shall contribute to the coset of treatment according to his ability to pay. The defendant shall allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: On January 23, 2017, Mr. Pederson reported to the U.S. Probation Office and a copy of his judgment was given to him. On that date, his judgment and sentence were read to him, and his conditions of supervision were explained. Mr. Pederson signed the judgment acknowledging he understood each condition.

Due to Mr. Pederson's past drug use he was directed to enter and successfully complete chemical dependency treatment at ADEPT. Since March 2, 2017, Mr. Pederson has been in intensive outpatient treatment at ADEPT.

Due to a relapse of using methamphetamine on May 16, 2017, Mr. Pederson was also offered Moral Reconation Therapy (MRT) and he signed a last chance behavioral agreement with ADEPT. Mr. Pederson was informed that continued drug use would not be accepted, and that it may lead to his termination of chemical dependency services with ADEPT.

Violation number 2 within the petition filed on June 19, 2017, outlines Mr. Pederson's first use while on the behavioral contract with ADEPT. Mr. Pederson has continued to use illegal drugs as outlined in violation number 3 of this petition. On June 3, 2017, the undersigned officer received a call from Mr. Pederson's ADEPT counselor stating that Mr. Pederson will be unsuccessfully discharged from services on July 3, 2017, due to his continued illegal drug use.

5  **Special Condition # 20**: The defendant shall abstain from the use of illegal controlled substance, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On January 23, 2017, Mr. Pederson reported to the U.S. Probation Office and a copy of his judgment was given to him. On that date, his judgment and sentence were read to him, and his conditions of supervision were explained. Mr. Pederson signed the judgment acknowledging he understood each condition.

Prob12C
Re: Pederson, Jered
July 6, 2017
Page 3

Prob12C
Re: Pederson, Jered
July 6, 2017
Page 3

    Mr. Pederson was directed to report to the United States Probation Office on July 5, 2017. He reported as directed and the undersigned discussed the urine sample that was taken on June 26, 2017, which was confirmed positive for methamphetamine on July 3, 2017. The undersigned asked Mr. Pederson if he had used since that time. Mr. Pederson self-disclosed he used methamphetamine on July 1, 2017, and signed a drug use admission form stating the same.

    I declare under penalty of perjury that the foregoing is true and correct.

| Executed on: | 07/06/2017 |
|---|---|
| | s/Joshua D. Schull |
| | Joshua D Schull<br>U.S. Probation Officer |

## THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_Thomas O. Rice_
Signature of Judicial Officer

July 6, 2017
Date