PROB 12C
(6/16)

Report Date: September 17, 2018

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 18, 2018

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Jered Pederson | Case Number: 0980 2:14CR00168-TOR-5 |
| Address of Offender: | |
| Name of Sentencing Judicial Officer: | The Honorable Thomas O. Rice, Chief U.S. District Judge |
| Date of Original Sentence: October 20, 2015 | |
| Original Offense: | Conspiracy to Commit Bank Fraud, 18 U.S.C. §§ 1344 and 1349 |
| Original Sentence: | Prison - 1 day / TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence: 10/27/2016 | Prison - 90 days / TSR - 36 months | |
| Revocation Sentence: 07/26/2017 | Prison - 6 months / TSR - 30 months | |
| Asst. U.S. Attorney: | George J. C. Jacobs, III | Date Supervision Commenced: January 9, 2018 |
| Defense Attorney: | John Barto McEntire | Date Supervision Expires: July 8, 2020 |

### PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: On September 10, 2018, Mr. Pederson was in direct violation of special condition #5 by using methamphetamine.

On January 11, 2018, the undersigned officer met with Mr. Pederson. He was given a copy of his judgment and his conditions of supervision were explained to him. He signed his judgment reflecting he understood his conditions in full.

On September 10, 2018, Mr. Pederson reported to the U.S. Probation Office, and this officer requested he supply a random urine sample. He supplied a urine sample as requested, and the sample tested presumptive positive for methamphetamine. He originally denied using methamphetamine and encouraged this officer to send the sample to the lab for verification.

Prob12C
**Re: Pederson, Jered**
**September 17, 2018**
**Page 2**

       Upon further discussion, Mr. Pederson reported methamphetamine use on September 8, 2018. He signed a drug use admission form to reflect his illegal drug use.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation contained in this petition.

       I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Executed on: | 09/17/2018 |
| | s/Joshua D. Schull |
| | Joshua D Schull |
| | U.S. Probation Officer |

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

_____
Signature of Judicial Officer

September 18, 2018
Date