Report Date: March 4, 2019

# United States District Court

### for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Mar 08, 2019**

SEAN F. McAVOY, CLERK

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jered Pederson       Case Number: 0980 2:14CR00168-TOR-5

Address of Offender: ███████, Spokane, Washington 99205

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: October 20, 2015

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Commit Bank Fraud, 18 U.S.C. § 1344, 1349 | |
| Original Sentence: | Prison - 1 day<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>10/27/2016 | Prison - 90 days<br>TSR - 36 months | |
| Revocation Sentence:<br>07/26/2017 | Prison - 6 months<br>TSR - 30 months | |
| Asst. U.S. Attorney: | George J. C. Jacobs, III | Date Supervision Commenced: January 9, 2018 |
| Defense Attorney: | John Barto McEntire, IV | Date Supervision Expires: July 8, 2020 |

## PETITIONING THE COURT

To issue a summons and to incorporate the violation contained in this petition in future proceedings with the violation previously reported to the Court on 09/17/2018.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Standard Condition #8:** You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting permission of the probation officer. |

**Supporting Evidence:** On February 28, 2019, Mr. Pederson was in direct violation of his conditions of supervision by being found in the house of Robin Griffith, a convicted felon, without first obtaining permission of this officer.

On January 11, 2018, the undersigned officer met with Mr. Pederson. He was given a copy of his judgment and his conditions of supervision were explained to him. He signed his judgment reflecting he understood his conditions in full.

Robin Griffith is currently on federal probation and her U.S. probation officer (USPO) is Richard Law. On February 28, 2019, USPO Law conducted an unannounced home visit at

Ms. Griffith's residence. When entering the residence, USPO Law noticed Mr. Pederson laying on the couch.  Mr. Pederson was directed to call the undersigned officer immediately.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     03/04/2019

s/Joshua D. Schull

Joshua D Schull
U.S. Probation Officer

THE COURT ORDERS

[   ]     No Action
[   ]     The Issuance of a Warrant
[   ]     The Issuance of a Summons
[✓]     The incorporation of the violation(s) contained in this
petition with the other violations pending before the Court.

[✓] Defendant to appear before the Judge assigned to the case.*
[   ] Defendant to appear before the Magistrate Judge.
[   ] Other

Thomas O. Rice
Chief U.S. District Judge

Signature of Judicial Officer

March 8, 2019

Date

 * At the scheduled revocation hearing currently set for April 24, 2019 at 8:30 a.m.