Report Date: March 23, 2020

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 23, 2020

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jered Pederson   Case Number: 0980 2:14CR00168-TOR-5

Address of Offender: 2108 W Carlisle, Spokane, Washington 99205

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: October 20, 2015

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Commit Bank Fraud, 18 U.S.C. §§ 1344 and 1349 | |
| Original Sentence: | Prison - 1 day<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(10/27/2016) | Prison - 90 days<br>TSR - 36 months | |
| Revocation Sentence:<br>(07/26/2017) | Prison - 6 months<br>TSR - 30 months | |
| Asst. U.S. Attorney: | George J. C. Jacobs, III | Date Supervision Commenced: January 9, 2018 |
| Defense Attorney: | John Barto McEntire, IV | Date Supervision Expires: July 8, 2020 |

### PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 11/27/2019.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Standard Condition #4**: You must be truthful when responding to the questions asked by your probation officer.<br><br>**Supporting Evidence**: On March 17, 2020, Mr. Pederson was in direct violation of standard condition #4 by lying to the undersigned officer regarding his use of methamphetamine.<br><br>On January 11, 2018, the undersigned officer met with Mr. Pederson. He was given a copy of his judgment and his conditions of supervision were explained to him. He signed his judgment reflecting he understood his conditions in full.<br><br>On March 17, 2020, the undersigned officer was notified Mr. Pederson had tested presumptive positive for methamphetamine. It should be noted, Mr. Pederson had signed a denial form stating he did not use methamphetamine. A call was placed to Mr. Pederson and he was directly asked if the urine sample would test positive, and he stated lab results would come back negative.<br><br>On March 21, 2020, the urine sample came back from Alere Toxicology labs as confirmed positive for methamphetamine. On March 23, 2020, Mr. Pederson was confronted with the lab results and his dishonesty. |

5     **Special Condition #5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On March 16, 2020, Mr. Pederson was in direct violation of special condition #5 by failing to abstain from illegal substances.

On January 11, 2018, the undersigned officer met with Mr. Pederson. He was given a copy of his judgment and his conditions of supervision were explained to him. He signed his judgment reflecting he understood his conditions in full.

On March 16, 2020, Mr. Pederson supplied a urine sample at Pioneer Human Services (PHS) that tested presumptive positive for methamphetamine. He denied the use and signed a denial of drug use form. The urine sample was sent to Alere Toxicology Labs (Alere) for further analysis.

On March 21, 2020, Alere confirmed the urine provided was positive for methamphetamine.

On March 23, 2020, the undersigned officer called Mr. Pederson and confronted him regarding the Alere report. Mr. Pederson was given directives to call PHS to discuss his recent relapse on methamphetamine. He reported he would call his chemical dependency counselor that day.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 03/23/2020

s/Joshua D. Schull

Joshua D. Schull
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[✓] The incorporation of the violations contained in this petition with the other violations pending before the Court.
[✓] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.

All violations will be addressed at the revocation of supervised hearing set for 4/15/2020.

*Thomas O. Rice*

Signature of Judicial Officer

March 23, 2020

Date