Report Date: April 7, 2020

United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 08, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | | | |
|---|---|---|---|
| Name of Offender: Jered Pederson | | Case Number: 0980 2:14CR00168-TOR-5 | |

Address of Offender: 2108 W Carlisle, Spokane, Washington 99205

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: October 20, 2015

| Original Offense: | Conspiracy to Commit Bank Fraud, 18 U.S.C. §§ 1344 and 1349 | |
|---|---|---|
| Original Sentence: | Prison - 1 day<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(10/27/2016) | Prison - 90 days<br>TSR - 36 months | |
| Revocation Sentence:<br>(07/26/2017) | Prison - 6 months<br>TSR - 30 months | |
| Asst. U.S. Attorney: | George J. C. Jacobs, III | Date Supervision Commenced: January 9, 2018 |
| Defense Attorney: | John Barto McEntire, IV | Date Supervision Expires: July 8, 2020 |

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 11/27/2019 and 03/23/2020.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Special Condition #5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: On March 31, 2020, Mr. Pederson was in direct violation of special condition number 5 by failing to report for his random urinalysis testing.<br><br>On January 11, 2018, the undersigned officer met with Mr. Pederson. He was given a copy of his judgment and his conditions of supervision were explained to him. He signed his judgment reflecting he understood his conditions in full.<br><br>Mr. Pederson was put on the random urine testing hotline due to his history of illegal drug use. Mr. Pederson was informed to call the number for the color hotline daily and to listen for the color GOLD 3. If the color GOLD 3 was called, Mr. Pederson was to report to |

Pioneer Human Services (PHS) and supply a urine sample between the hours of 7 a.m. and 5:30 p.m.

On March 31, 2020, the color GOLD 3 was called and Mr. Pederson failed to report. On April 1, 2020, the undersigned officer called Mr. Pederson to find out why he was a no show for his urine test. He reported he forgot to call the urine testing hotline until after they were closed.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Executed on: | 04/07/2020 |
| | s/Joshua D. Schull |
| | Joshua D. Schull
U.S. Probation Officer |

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[✓] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[✓] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[✓] Other: Unless otherwise continued, all pending violations will be addressed at the revocation hearing scheduled for 4/15/2020.

Thomas O. Rice
Signature of Judicial Officer

April 8, 2020
Date